# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00274-CV

**E. T. and T. T., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY, NO. 14-0044-CPS4, THE HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on May 14, 2015. To date, the reporter's record has not been filed.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Tom McMinn is hereby ordered to file the reporter's record in this case on or before May 29, 2015. If the record is not filed by that date, McMinn may be required to show cause why he should not be held in contempt of court.

It is ordered on May 19, 2015.

Before Chief Justice Rose, Justices Goodwin and Field